UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIN H MORGAN , <br><br> Plaintiff, <br> v. <br><br> RICHMOND L DOMINIC , <br><br> Defendant. | Case No. 2:21-CV-1470-LK-TLF <br><br> REPORT AND RECOMMENDATION <br><br> Noted for April 29, 2022 |

This matter has been referred to the undersigned Magistrate Judge. *Mathews, Sec'y of H.E.W. v. Weber*, 423 U.S. 261 (1976); 28 U.S.C. § 636(b)(1)(B); Local Rule MJR 4(a)(4). This matter comes before the Court on plaintiff's application to proceed *in forma pauperis* (IFP) and proposed complaint. Dkt. 1-1. Plaintiff is proceeding *pro se* in this matter.

Plaintiff filed an application to proceed *in forma pauperis* but did not include a Resident Account Summary. Dkt. 1. The Clerk of the Court informed plaintiff of this deficiency and directed plaintiff to correct the filing deficiency by December 1, 2021. Dkt. 2. Plaintiff did not correct this deficiency, nor did plaintiff pay the filing fee to proceed in this action.

The Court issued an Order to Show Cause directing plaintiff to correct the deficiency identified in the Clerk's November 1, 2021 letter – either by filing a Trust Account Statement – or by paying the filing fee for this action. Under 28 U.S.C.§ 1915

REPORT AND RECOMMENDATION - 1

(a)(2), "[a] prisoner seeking to bring a civil action . . . without prepayment of fees or security therefore, in addition to filing the affidavit. . ., shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint. . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The definition of "prisoner" includes persons accused of a crime and detained before trial. 28 U.S.C.§ 1915 (h).

Plaintiff filed a response to the Court's Order to Show Cause. Dkt. 5. Plaintiff stated that plaintiff was unable to respond to the Clerk's letter and is unable to attend in person proceedings because plaintiff is currently housed in King County Jail. Dkt. 5. Plaintiff stated that plaintiff is unable to afford the filing fee. Dkt. 5. The Court issued another Order to Show Cause explaining that there were no hearings set in this action and that plaintiff did not need to attend any hearings in order to correct the filing deficiency. Dkt. 7. The Court further explained that plaintiff could correct the filing deficiency by filing a copy of their Resident Account Summary for King County Jail or alternatively by paying the Court filing fee. Dkt. 7. The Court directed plaintiff to correct the filing deficiency by March 18, 2022 and warned plaintiff that if plaintiff did not correct the deficiency the Court would recommend this action be dismissed for failure to prosecute. Dkt. 7.

Plaintiff has re-filed their application to proceed *in forma pauperis* along with a proposed complaint. Dkt. 8. Plaintiff did not include plaintiff's Resident Account Summary for King County Jail. Without this document the Court is unable to determine, in compliance with the IFP statute that applies to prisoner civil rights complaints,

REPORT AND RECOMMENDATION - 2

whether plaintiff is financially eligible to proceed *in forma pauperis.* 28 U.S.C.§ 1915 (a)(2), (h). The undersigned recommends the Court DISMISS this complaint without prejudice for failure to prosecute and failure to comply with a court order. *See, Ferdik v.Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992), as amended (May 22, 1992) ("[T]he district court may dismiss an action for failure to comply with an order of the court.").

Plaintiff has fourteen (14) days from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b)(2). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on April 29, 2022, as noted in the caption.

Dated this 11th day of April, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3