UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIN H. MORGAN,<br><br>               Plaintiff,<br><br>   v.<br><br>RICHMOND L. DOMINIC,<br><br>               Defendant. | CASE NO. 2:21-CV-1470-LK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Theresa L. Fricke, United States Magistrate Judge, to which no objections were filed, and the remaining record, does hereby find and ORDER:

(1) the Court ADOPTS the Report and Recommendation, Dkt. No. 9;

(2) Plaintiff's complaint is DISMISSED without prejudice; and

(3) if Plaintiff appeals, Plaintiff will not continue *in forma pauperis* on appeal.

Dated this 6th day of June, 2022.

*Lauren King*
Lauren King
United States District Judge